CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

Douglas N. Smith (SBN: 78233)
ds486@aol.com
DOUGLAS N. SMITH, INC.
1207 Coombs Street
P.O Box 760,NAPA, CA 94559-0760
Telephone: (707) 257-8935
Facsimile: (415) 257-8937
Attorneys for Defendants
K & J Moving Systems, Inc., a California
Corporation, sued erroneously as" J.K
Moving Systems, Inc."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>     Plaintiff,<br>  v.<br><br>SCOTT R. COWAN, in his individual and representative capacity as trustee; DENISE E. ANDERSON, in her individual and representative capacity as trustee; J-K MOVING SYSTEMS, INC., a California Corporation; and Does 1-10,<br><br>     Defendants, | Case: 3:16-CV-06793-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

Joint Stipulation for Dismissal          Case: 3:16-CV-06793-JCS

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties.


Dated:  January 4, 2017          CENTER FOR DISABILITY ACCESS


                                 By: ___/s/ Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff

Dated:                           DOUGLAS N. SMITH, INC.


                                 By: _____
                                       Douglas N. Smith
                                       Attorneys for Defendants
                                       K & J Moving Systems, Inc., a
                                       California Corporation, sued
                                       erroneously as" J.K Moving Systems,
                                       Inc."

2

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties.

Dated:                                    CENTER FOR DISABILITY ACCESS

By: _____
                    Phyl Grace
                    Attorneys for Plaintiff

Dated: 1/3/17                        DOUGLAS N. SMITH, INC.

By: _____
                    Douglas N. Smith
                    Attorneys for Defendants
                    K & J Moving Systems, Inc., a
                    California Corporation, sued
                        erroneously as" J.K Moving Systems,
                    Inc."

2

Joint Stipulation for Dismissal                    Case: 3:16-CV-06793-JCS